THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM LEON, Appellant.

(Argued October 9, 1933; decided October 24, 1933.)

*Max Fruchtman* and *Martin Weintraub* for appellant. *Thomas C. T. Crain, District Attorney* (*Le Roy Mandle* of counsel), for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.